UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR CONSTITUTIONAL INTEGRITY,<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et. al*,<br><br>     Defendants. | Civil Action No. 23-1481(JMC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: August 2, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/  *M. Jared Littman*
M. JARED LITTMAN, PA Bar # 91646
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Email: Jared.Littman@usdoj.gov

*Attorneys for The United States of America*

      /s/ *Jared S. Pettinato (By permission)*
JARED S. PETTINATO
3416 13th Street NW, #1

- 2 -

        Washington, D.C. 20010  
        Phone: (406) 314-3247  
        Email: jared@jaredpettinato.com

*Attorney for Plaintiff*